52 So.2d 171

**Lillie Mae STEPHENS v. STATE.**
**6 Div. 22.**

Court of Appeals of Alabama.
Dec. 19, 1950.

Rehearing Denied Feb. 13, 1951.

BRICKEN, Presiding Judge.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.
Affirmed.

52 So.2d 891

**Adell STEPP v. STATE.**
**8 Div. 971.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

52 So.2d 891

**Adell STEPP v. STATE.**
**8 Div. 980.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

52 So.2d 891

**Elvin Lee STONE v. STATE.**
**7 Div. 110.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Appeal dismissed.

60 So.2d 914

**Jimmy SUTTON v. STATE.**
**8 Div. 108.**

Court of Appeals of Alabama.
Aug. 19, 1952.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

52 So.2d 891

**James TARVER v. CITY OF BIR-MINGHAM.**
**6 Div. 70.**

Court of Appeals of Alabama.
March 13, 1951.

Application for Rehearing Stricken March 28, 1951, Sup.Ct. Rule 38, Code 1940, Tit. 7 Appendix.

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, Asst. Atty. Gen., for appellee.